# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-7125**                              **September Term, 2024**

**1:22-cv-00601-CRC**

**Filed On: August 29, 2025** [2132675]

Carol Wild Scott,

         Appellee

     v.

Washington Metropolitan Area Transit Authority, also known as Washington Metropolitan Area Transit Authority,

         Appellant

**O R D E R**

The notice of appeal was filed on August 27, 2025, and docketed in this court on August 29, 2025. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 29, 2025 |
| Docketing Statement Form | September 29, 2025 |
| Entry of Appearance Form (Attorneys Only) | September 29, 2025 |
| Procedural Motions, if any | September 29, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 29, 2025 |
| Statement of Issues to be Raised | September 29, 2025 |
| Transcript Status Report | September 29, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | September 29, 2025 |
| Dispositive Motions, if any | October 14, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7125**                                                                 **September Term, 2024**

It is

    **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 29, 2025 |
| Entry of Appearance Form (Attorneys Only) | September 29, 2025 |
| Procedural Motions, if any | September 29, 2025 |
| Dispositive Motions, if any | October 14, 2025 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                           BY:    /s/
                                     Laura M. Morgan
                                     Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)