# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **CAROL WILD SCOTT,** <br><br> Appellee, <br><br> v. <br><br> **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** <br><br> Appellant. | No. 25-7125 |

## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Defendant-Appellant Washington Metropolitan Area Transit Authority ("WMATA"), by and through undersigned counsel, certified the following information regarding the parties, rulings, and related cases in its appeal pursuant to Federal Rule of Appellate Procedure 28(a)(1) and the Clerk's Order.

### I. PARTIES AND AMICI

There were no intervenors or amici appearing before the District Court. The parties are as follows:

321190409v.1

| Plaintiff | | |
|---|---|---|
| Carol Wild Scott | represented by | **REGAN ZAMBRI LONG, PLLC**<br>Patrick M. Regan<br>Christopher J. Regan<br>1919 M. Street, NW, Suite 600<br>Washington D.C. 20036<br>Telephone: (202) 463-3030<br>Facsimile: (202) 463-0667<br>pregan@reganfirm.com<br>cregan@reganfirm.com |
| **Defendant** | | |
| Washington Metropolitan Area Transit Authority | represented by | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**<br>Jason R. Waters, Esq.<br>Lauren Gilman, Esq.<br>8444 Westpark Drive - Suite 510<br>McLean, VA 22102-5102<br>Telephone: (703) 245-9300<br>Facsimile: (703) 245-9301<br>Jason.Waters@wilsonelser.com<br>Lauren.Gilman@wilsonelser.com<br><br>Patricia H. Beall, Esq.<br>1500 K Street, NW, Suite 330<br>Washington, D.C. 20005<br>Telephone: (202) 626-7660<br>Facsimile: (202) 628-3606<br>Patricia.Beall@wilsonelser.com<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br>Laurie Hand, Esq.<br>Washington Metropolitan Area Transit Authority<br>Legal Department 7E<br>P.O. Box 23768 |

|  |  | Washington, D.C. 20026<br>Telephone: (202) 962-5063<br>Facsimile: (202) 962-2550<br>LAHand@wmata.com |
|---|---|---|

## II. RULINGS UNDER REVIEW

Defendant-Appellant appeals from the judgment of the United States District Court for the District of Columbia entered on April 23, 2025 (Dkt. No. 54) in favor of Plaintiff-Appellee Carol W. Scott, and the August 1, 2025, Memorandum Opinion (Dkt. No. 78) and Order (Dkt. No. 77) of the Honorable Christopher R. Cooper, which denied the Appellant's motion for judgment as a matter of law or, in the alternative, for a new trial. The opinion is available at *Scott v. Washington Metropolitan Area Transit Authority*, Case No. 22-cv-00601 (CRC), 2025 U.S. Dist. LEXIS 148609 (D.D.C. Aug. 1, 2025).

## III. RELATED CASES

This case has not previously been before this Court. Further, Defendant-Appellant is not aware of any related cases pending in this Court or any other Court specifically.

Dated: September 29, 2025                Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

*/s/*

Lauren Gilman, Esq. (Bar No. 66434)
Jason R. Waters, Esq. (Bar No. 51871)
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com
*Counsel for Defendant-Appellant*
*Washington Metropolitan Area Transit*
*Authority*

**WASHINGTON METROPOLITAN**
**AREA TRANSIT AUTHORITY**

Laurie Hand, Esq. (Bar No. 42656)
Washington Metropolitan Area Transit
Authority
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Telephone.: (202) 962-5063
Facsimile: (202) 962-2550
LAHand@wmata.com
*Counsel for Defendant-Appellant*
*Washington Metropolitan Area Transit*
*Authority*

4

321190409v.1

## CERTIFICATE OF SERVICE

I certify that on September 29, 2025, the foregoing has been served on the parties through the Court's CM/ECF system and by sending a copy by US Mail, first class postage pre-paid, and addressed as follows:

> Christopher J. Regan
> cregan@reganfirm.com
> Patrick Michael Regan
> pregan@reganfirm.com
> Regan Zambri & Long, PLLC
> 1919 M Street NW, Ste. 600
> Washington, DC 20036

_/s/ Lauren E. Gilman_

Lauren E. Gilman