# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-7125
2. DATE DOCKETED: 12-02-2022
3. CASE NAME (lead parties only) Scott  v. Wash. Metro. Area Transit Auth.
4. TYPE OF CASE:  [x] District Ct -  (•) US Civil   ( ) Private Civil   ( ) Criminal   ( ) Bankruptcy
   [ ] Bankruptcy - if direct from Bankruptcy Court   [ ] Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ( ) Yes  (•) No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 22-CV-601(CRC)       Bankruptcy Court Docket No.         Tax Court Docket No.
      Criminal                          Bankruptcy _____                    Tax _____
      Miscellaneous                     Adversary _____
                                        Ancillary _____
   b. Review is sought of:
      [x] Final Order   [ ] Interlocutory Order appealable as of right   [ ] Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Christopher R. Cooper       Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 08-01-2025     e. Date notice of appeal filed: 08-27-2025
   f. Has any other notice of appeal been filed in this case?   ( ) Yes  (•) No   If YES, date filed:
   g. Are any motions currently pending in trial court?   ( ) Yes  (•) No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   (•) Yes  ( ) No
      If NO, why not?
   i. Has this case been before the Court under another appeal number?   ( ) Yes  Appeal # _____   (•) No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ( ) Yes  (•) No  If YES, give each case's court and case name, and docket number:

   k. Does this case turn on validity or correct interpretation or application of a statute?   ( ) Yes  (•) No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  (•) Yes  ( ) No   If so, provide program name and participation dates
   Private mediation with Honorable William G. Connelly of JAMS on 10-08-2024.

Signature _____   Date 9/29/2025
Name of Party Washington Metropolitan Area Transit Authority
Name of Counsel for Appellant/Petitioner Lauren Gilman
Address 8444 Westpark Dr., Ste. 510, McLean, VA 22102
Phone ( 703 ) 245-9300       Fax ( 703 ) 245-9301

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)