# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAROL WILD SCOTT,<br><br>Appellee,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>Appellant. | No. 25-7125 |

## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Pursuant to Federal Rule of Appellate Procedure 30(c), D.C. Circuit Rule 30(c), and the Clerk's Order, Appellant Washington Metropolitan Area Transit Authority intends to utilize a deferred joint appendix.

On September 26, 2025, Appellant contacted counsel for Appellee, Christopher Regan, regarding its intent. Appellee Carol Scott assented.

Dated: September 29, 2025

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

_____
Lauren E. Gilman, Esq. (Bar No. 66434)
Jason R. Waters, Esq. (Bar No. 51871)
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102

321191086v.1

Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com
*Counsel for Defendant-Appellant*
*Washington Metropolitan Area Transit*
*Authority*

## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

Laurie Hand, Esq. (Bar No. 42656)
Washington Metropolitan Area Transit Authority
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Telephone.: (202) 962-5063
Facsimile: (202) 962-2550
LAHand@wmata.com
*Counsel for Defendant-Appellant*
*Washington Metropolitan Area Transit*
*Authority*

## CERTIFICATE OF SERVICE

I certify that on September 29, 2025, the foregoing has been served on the parties through the Court's CM/ECF system and by sending a copy by US Mail, first class postage pre-paid, and addressed as follows:

>Christopher J. Regan
>cregan@reganfirm.com
>Patrick Michael Regan
>pregan@reganfirm.com
>Regan Zambri & Long, PLLC
>1919 M Street NW, Ste. 600
>Washington, DC 20036

_____
Lauren E. Gilman