# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **CAROL WILD SCOTT,**<br><br>Appellee,<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br><br>Appellant. | No. 25-7125 |

## STATEMENT OF ISSUES

Pursuant to Federal Rule of Appellate Procedure 30(b), D.C. Circuit Rule 30(e), and the Clerk's Order, Appellant Washington Metropolitan Area Transit Authority ("WMATA") submits the following issues to be decided on appeal:

1.  Did the trial court err by failing to apply or instruct the jury on, or by improperly applying or instructing the jury on, the "unusual and extraordinary force" test, which provides that common carriers are not liable for the normal jerks and jolts associated with their ordinary operation when a Metrorail train reberths at the platform.

321190214v.1

2. Whether a reasonable person may assume it is safe to alight from a Metrorail train before the doors have opened and without any indication that the Metrorail train has reached its final stopping position at the station.

3. Whether Dr. Carl Berkowitz's opinions satisfied the requirements of Federal Rule of Evidence 702.

4. Whether a reasonable jury could find that plaintiff established a national standard of care that WMATA breached.

5. Whether WMATA was unduly prejudiced when it was precluded from cross examining Dr. Carl Berkowitz about his prior testimony.

6. Whether the jury's damages award was unconscionably excessive such that a grant of remittitur is appropriate.

Dated: September 29, 2025

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

*/s/ Lauren E. Gilman*

Lauren E. Gilman, Esq. (Bar No. 66434)
Jason R. Waters, Esq. (Bar No. 51871)
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com

*Counsel for Defendant-Appellant
Washington Metropolitan Area Transit
Authority*

## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

Laurie Hand, Esq. (Bar No. 42656)
Washington Metropolitan Area Transit Authority
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Telephone.: (202) 962-5063
Facsimile: (202) 962-2550
LAHand@wmata.com
*Counsel for Defendant-Appellant
Washington Metropolitan Area Transit
Authority*

321190214v.1

## CERTIFICATE OF SERVICE

I certify that on September 29, 2025, the foregoing has been served on the parties through the Court's CM/ECF system and by sending a copy by US Mail, first class postage pre-paid, and addressed as follows:

>Christopher J. Regan
>cregan@reganfirm.com
>Patrick Michael Regan
>pregan@reganfirm.com
>Regan Zambri & Long, PLLC
>1919 M Street NW, Ste. 600
>Washington, DC 20036

Lauren E. Gilman