UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAROL WILD SCOTT,<br><br>　　　　Appellee,<br><br>v.<br><br>WASHINGTON<br>METROPOLITAN AREA<br>TRANSIT AUTHORITY,<br><br>　　　　Appellant. | No. 25-7125 |

## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S TRANSCRIPT STATUS REPORT

Notice is hereby given, that all transcripts necessary for the appeal have been completed and received. These include the following:

- Transcript of Jury Trial, April 21, 2025
- Transcript of Jury Trial, April 22, 2025
- Transcript of Jury Trial, April 23, 2025

No further transcripts are necessary.

Dated: September 29, 2025

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

*/s/ Lauren E. Gilman*

Lauren E. Gilman, Esq. (Bar No.: 66434)
Jason R. Waters, Esq. (Bar No. 51871)

318785790v.1

8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com
*Counsel for Defendant-Appellant Washington Metropolitan Area Transit Authority*

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

Laurie Hand, Esq. (Bar No. 42656)
Washington Metropolitan Area Transit Authority
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Telephone.: (202) 962-5063
Facsimile: (202) 962-2550
LAHand@wmata.com

## CERTIFICATE OF SERVICE

I certify that on September 29, 2025, the foregoing has been served on the parties through the Court's CM/ECF system and by sending a copy by US Mail, first class postage pre-paid, and addressed as follows:

>Christopher J. Regan
>cregan@reganfirm.com
>Patrick Michael Regan
>pregan@reganfirm.com
>Regan Zambri & Long, PLLC
>1919 M Street NW, Ste. 350
>Washington, DC 20036

_____
Lauren E. Gilman