Civil Judgment (Rev. DC 03/2010)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CAROL WILD SCOTT

        Plaintiff(s)

                                        Civil Action No.   22-cv-601 (CRC)

    V.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

        Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR PLAINTIFF

This cause having been tried by the  Court and a Jury,  before the Honorable

Christopher R. Cooper                     , Judge presiding, and the issues having been duly

tried and the Jury having duly rendered its verdict; now, therefore, pursuant to the verdict,

    IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

CAROL WILD SCOTT

have and recover of and from the defendant(s):

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

the sum of  1,600,000.00

together with costs.


ANGELA D. CAESAR, Clerk


Dated: 04/23/2025                    By:      Luileadny Navas Gonzalez
                                                Deputy Clerk