## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CAROL W. SCOTT**,

      Plaintiff,

      v.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**,

      Defendant.

Case No. 22-cv-601 (CRC)

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that the [71] Defendant's Motion for Judgment as a Matter of Law or, in the Alternative, For a New Trial is DENIED.

This is a final appealable Order.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:  August 1, 2025