## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**CAROL WILD SCOTT,**

        **Appellee,**

v.

**WASHINGTON
METROPOLITAN AREA
TRANSIT AUTHORITY,**

        **Appellant.**

**No. 25-7125**

## AMENDED STATEMENT OF ISSUES

Pursuant to Federal Rule of Appellate Procedure 30(b), D.C. Circuit Rule 30(e), and the Clerk's Order, Appellant Washington Metropolitan Area Transit Authority ("WMATA") submits the following issues to be decided on appeal:

1.     Did the trial court err by failing to apply, or by misapplying, the "unusual and extraordinary force" test, which provides that common carriers are not liable for the normal jerks and jolts associated with their ordinary operation when a Metrorail train reberths at the platform.

2.     Whether the trial court erred by refusing to instruct the jury on the "jerk and jolt" doctrine.

1

321251374v.1

3.    Whether a reasonable person may assume it is safe to alight from a

Metrorail train before the doors open and without any indication that the train has

reached its final stopping position at the station.

4.    Whether Dr. Carl Berkowitz's opinions satisfied the admissibility

requirements of Federal Rule of Evidence 702.

5.    Whether a reasonable jury could find that plaintiff established a

national standard of care that WMATA breached.

6.    Whether WMATA was unduly prejudiced by the court's ruling

precluding cross-examination of Dr. Carl Berkowitz about his prior testimony.

7.    Whether the jury's damages award was unconscionably excessive and

warranted remittitur.

Dated: September 29, 2025            Respectfully submitted,

                                    WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER, LLP

                                    Lauren Gilman, Esq. (Bar No. 66434)
                                    Jason R. Waters, Esq. (Bar No. 51871)
                                    8444 Westpark Drive - Suite 510
                                    McLean, VA 22102-5102
                                    Telephone: (703) 245-9300
                                    Facsimile: (703) 245-9301
                                    Jason.Waters@wilsonelser.com
                                    Lauren.Gilman@wilsonelser.com

2

321251374v.1

*Counsel for Defendant-Appellant*
*Washington Metropolitan Area Transit*
*Authority*

## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

Laurie Hand, Esq. (Bar No. 42656)
Washington Metropolitan Area Transit
Authority
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Telephone.: (202) 962-5063
Facsimile: (202) 962-2550
LAHand@wmata.com
*Counsel for Defendant-Appellant*
*Washington Metropolitan Area Transit*
*Authority*

321251374v.1

## CERTIFICATE OF SERVICE

I certify that on September 29, 2025, the foregoing has been served on the parties through the Court's CM/ECF system and by sending a copy by US Mail, first class postage pre-paid, and addressed as follows:

> Christopher J. Regan
> cregan@reganfirm.com
> Patrick Michael Regan
> pregan@reganfirm.com
> Regan Zambri & Long, PLLC
> 1919 M Street NW, Ste. 600
> Washington, DC 20036

Lauren E. Gilman

321251374v.1