**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| **CAROL WILD SCOTT** | : |
| Appellee, | : |
| v. | : No. 25-7125 |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | : |
| Appellant. | : |

## ENTRY OF APPEARANCE

The Clerk shall enter the appearance of Patrick M. Regan and Christopher J. Regan as retained counsel for the Appellee Carol Wild Scott.

Dated: October 10, 2025

Respectfully submitted,

REGAN ZAMBRI LONG PLLC

By: /s/ *Patrick M. Regan*
Patrick M. Regan   #336107
pregan@reganfirm.com
Christopher J. Regan   #1018148
cregan@reganfirm.com
1919 M Street, N.W., Suite 350
Washington, D.C. 20036
PH: (202) 463-3030
Fx: (202) 463-0667
*Counsel for Appellee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2025, a copy of the foregoing Entry of Appearance was served through the Court's CM/ECF system and by sending a copy by US Mail, first class postage prepaid, and addressed as follows:

>Jason R. Waters, Esquire
>Lauren E. Gilman, Esquire
>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
>8444 Westpark Drive, Suite 510
>McLean, VA 22102-5102
>jason.waters@wilsonelser.com
>lauren.gilman@wilsonelser.com
>*Counsel for Defendant-Appellant*
>*Washington Metropolitan Area Transit Authority*
>
>Laurie Hand, Esquire
>Washington Metropolitan Area Transit Authority
>Legal Department 7E
>P.O. Box 23768
>Washington, D.C. 20026
>lahand@wmata.com
>*Counsel for Defendant-Appellant*
>*Washington Metropolitan Area Transit Authority*

    /s/ *Patrick M. Regan*
    Patrick M. Regan

Regan Zambri Long
1919 M Street, NW
Suite 600
Washington, D.C. 20036

202-463-3030