# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **CAROL WILD SCOTT,** | |
| Appellee, | No. 25-7125 |
| v. | |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | |
| Appellant. | |

## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S DISCLOSURE STATEMENT

I certify, as party/counsel in this case WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA") is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in D.C. Circuit Rule 26.1.  WMATA is an interstate compact agency and instrumentality of Maryland, Virginia and the District of Columbia.

322250221v.1

Dated: October 14, 2025

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

*/s/Lauren E. Gilman*
Lauren Gilman, Esq. (Bar No. 66434)
Jason R. Waters, Esq. (Bar No. 51871)
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com
*Counsel for Defendant-Appellant Washington Metropolitan Area Transit Authority*

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

Laurie Hand, Esq. (Bar No. 42656)
Washington Metropolitan Area Transit Authority
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Telephone.: (202) 962-5063
Facsimile: (202) 962-2550
LAHand@wmata.com
*Counsel for Defendant-Appellant Washington Metropolitan Area Transit Authority*

322250221v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2025, the foregoing has been served on the parties through the Court's CM/ECF system and by sending a copy by US Mail, first class postage pre-paid, and addressed as follows:

>Christopher J. Regan
>cregan@reganfirm.com
>Patrick Michael Regan
>pregan@reganfirm.com
>Regan Zambri & Long, PLLC
>1919 M Street NW, Ste. 600
>Washington, DC 20036
>*Counsel for Appellee Carol Wild Scott*

>*/s/Lauren E. Gilman*
>Lauren Gilman, Esq. (Bar No. 66434)
>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
>8444 Westpark Drive - Suite 510
>McLean, VA 22102-5102
>Telephone: (703) 245-9300
>Facsimile: (703) 245-9301
>Lauren.Gilman@wilsonelser.com
>*Counsel for Defendant-Appellant Washington Metropolitan Area Transit Authority*

322250221v.1