UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **CAROL WILD SCOTT,**<br><br>**Appellee,**<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br><br>**Appellant.** | **No. 25-7125** |

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S MOTION FOR AN EXTENSION OF TIME PENDING SETTLEMENT AGREEMENT**

Pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 27(g), Appellant Washington Metropolitan Area Transit Authority, by and through undersigned counsel, respectfully requests an extension of the briefing schedule. In support thereof, WMATA states as follows:

1.  Appellant filed its Notice of Appeal on August 29, 2025 initiating this matter.

2.  On September 24, 2025, the Parties were referred to the Court's Mediation Program.

3.  On November 17, 2025, the Clerk of the Court issued an Order setting a briefing schedule as follows:

326765961v.1

| Appellant's Brief | December 29, 2025 |
| --- | --- |
| Appellee's Brief | January 28, 2026 |
| Appellant's Reply Brief | February 18, 2026 |
| Deferred Appendix | February 25, 2026 |
| Final Briefs | March 11, 2026 |

4. On November 18, 2025, the Parties reached a settlement agreement in principle for the resolution of this matter.

5. As of December 3, 2025, the Plaintiff/Appellee signed a formal agreement to memorialize the agreed resolution.

6. Pursuant to the agreement, WMATA has 60 days to process payment.

7. As such, the WMATA requests a forty-five (45) day extension of the briefing schedule.

8. WMATA submits that this is in the best interests of judicial economy, as the Parties are working to finalize the Agreement, and shortly after a stipulation of dismissal to the Court.

9. WMATA contacted Plaintiff/Appellee's counsel on December 10, 11, 12, and 17, 2025, via email and phone, to obtain her position on the instant motion and received no response. As of filing, WMATA has not been able to obtain Plaintiff/Appellee's position.

10. No party will be prejudiced by staying this matter.

11. The Mediator concurs with this request.

326765961v.1

WHEREFORE, based on the foregoing and for good cause shown, Defendant Washington Metropolitan Area Transit Authority respectfully requests that this Honorable Court enter an Order granting the Motion for an Extension of Time.

Dated: December 17, 2025

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

*/s/ Jason R. Waters*
Jason R. Waters, Esq. (Bar No. 51871)
Lauren Gilman, Esq. (Bar No. 66434)
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
Telephone: (703) 245-9300
Facsimile: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com
*Counsel for Defendant-Appellant Washington Metropolitan Area Transit Authority*

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

*/s/ Laurie Hand*
Laurie Hand, Esq. (Bar No. 42656)
Legal Department 7E
P.O. Box 23768
Washington, D.C. 20026
Telephone.: (202) 962-5063
Facsimile: (202) 962-2550
LAHand@wmata.com
*Counsel for Defendant-Appellant Washington Metropolitan Area Transit Authority*

3

326765961v.1

## CERTIFICATE OF COMPLIANCE WITH LENGTH LIMITS

  I HEREBY CERTIFY that, pursuant to Federal Rule of Appellate Procedure 27(2) and Circuit Rule 27, that the foregoing motion is 539 words including the signature blocks and certificates.

              */s/ Jason R. Waters*
              Jason R. Waters


## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on December 17, 2025, the foregoing has been served on the parties through the Court's CM/ECF system and by sending a copy by US Mail, first class postage pre-paid, and addressed as follows:

  Christopher J. Regan
  cregan@reganfirm.com
  Patrick Michael Regan
  pregan@reganfirm.com
  Regan Zambri & Long, PLLC
  1919 M Street NW, Ste. 600
  Washington, DC 20036

              */s/ Jason R. Waters*
              Jason R. Waters

326765961v.1