# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **CAROL WILD SCOTT** | : |
| Appellee, | : |
| v. | : No. 25-7125 |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | : |
| Appellant. | : |

## STIPULATION OF DISMISSAL

The Clerk of the Court will please enter the above-captioned case as settled and dismissed, with prejudice. Each party to bear their own costs.

Respectfully submitted,

REGAN ZAMBRI LONG PLLC

By: /s/ *Patrick M. Regan*
Patrick M. Regan    #336107
pregan@reganfirm.com
Christopher J. Regan    #1018148
cregan@reganfirm.com
1919 M Street, N.W., Suite 350
Washington, D.C. 20036
PH: (202) 463-3030
Fx: (202) 463-0667
*Counsel for Appellee*

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: /s/ *Jason R. Waters*
Jason R. Waters    #51871
jason.waters@wilsonelser.com

- 2 -

        Lauren Gilman      #66434
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
PH: (703) 245-9300
FX: (703) 245-9301
*Counsel for Defendant-Appellant*
*Washington Metropolitan Area*
*Transit Authority*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 17, 2025, a copy of the foregoing Stipulation of Dismissal was served through the Court's CM/ECF system and by sending a copy by US Mail, first class postage prepaid, and addressed as follows:

>Jason R. Waters, Esquire
>Lauren E. Gilman, Esquire
>Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
>8444 Westpark Drive, Suite 510
>McLean, VA 22102-5102
>jason.waters@wilsonelser.com
>lauren.gilman@wilsonelser.com
>*Counsel for Defendant-Appellant*
>*Washington Metropolitan Area Transit Authority*
>
>Laurie Hand, Esquire
>Washington Metropolitan Area Transit Authority
>Legal Department 7E
>P.O. Box 23768
>Washington, D.C. 20026
>lahand@wmata.com
>*Counsel for Defendant-Appellant*
>*Washington Metropolitan Area Transit Authority*

        /s/ *Patrick M. Regan*
        Patrick M. Regan