# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-7125**  September Term, 2025

1:22-cv-00601-CRC

Filed On: December 19, 2025 [2151213]

Carol Wild Scott,

    Appellee

    v.

Washington Metropolitan Area Transit Authority,

    Appellant

## O R D E R

Upon consideration of the stipulation for dismissal of this appeal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:  /s/
           Michael C. McGrail
           Deputy Clerk